Both parties have informed the Court that they have no objections to the R&R.

As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. *See Coburn v. P.N. Fin.*, No. 13-CV-1006 (ADS) (SIL), 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (reviewing Report and Recommendation without objections for clear error).

Accordingly, the R&R is adopted in its entirety. The Court denies the Plaintiff's Section 406(b) motion for attorney's fees.

**SO ORDERED.**
Dated: Central Islip, New York
January 24, 2020

              ___*/s/ Arthur D. Spatt*_____
               ARTHUR D. SPATT
              United States District Judge